IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLAS LAGRASTA, and<br>DOMENICO LAGRASTA, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05cv3265 |
| v. | ) ) ) | |
| WACHOVIA CAPITAL MARKETS, | ) ) | ORDER |
| Defendant. | ) ) ) | |

    The Clerk's Office has requested that Document Number 19 be stricken from the record for the following reason:

- Incorrect PDF document attached.

    IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 19 from the record.

    DATED this 14th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge