# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS LAGRASTA AND DOMENICO LaGRASTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA CAPITAL MARKETS, LLC f/k/a/ FIRST UNION SECURITIES, INC.,<br><br>Defendant. | 4:05-cv-03265<br><br>**ORDER** |

This matter comes before this Court upon Wachovia Capital Markets, LLC f/k/a/ First Union Securities, Inc.'s ("Wachovia") Unopposed Motion for Enlargement of Time to File Reply ("Motion"), Filing No. 22.

IT IS ORDERED that Wachovia is granted an additional five business days, until Friday, December 2, 2005, to file a Reply to Plaintiffs' Response in Opposition to Wachovia's Motion to Quash or Modify Subpoena.

Dated this 23rd day of November, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

TPA#2108261.1