# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS LAGRASTA AND DOMENICO LaGRASTA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA CAPITAL MARKETS, LLC f/k/a/ FIRST UNION SECURITIES, INC.,<br><br>    Defendant. | 4:05-cv-03265<br><br>ORDER |

This matter comes before this Court upon Wachovia Capital Markets, LLC f/k/a First Union Securities, Inc.'s ("Wachovia") Unopposed Motion to Extend Time to Serve Privilege Log as required by this Court's December 19, 2005 Order.

IT IS ORDERED that Wachovia is granted an additional three (3) business days until Friday, February 3, 2006 to serve a privilege log as required by this Court's Order dated December 19, 2005, Filing No. 28.

Dated this 31st day of January, 2006.

                BY THE COURT

                s/ *David L. Piester*

                David L. Piester
                United States Magistrate Judge

4849-0583-3472.2